UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBYN J. HINTON

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

File No. 1:09-cv-1021

HON. ROBERT HOLMES BELL

# ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 12, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's request that this matter be remanded to the Commissioner of Social Security under sentence six of 42 U.S.C. § 405(g) be denied, and that the Commissioner's decision be affirmed. (Dkt. No. 12.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the January 12, 2011, R&R (Dkt. No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's request that this case be remanded to the Commissioner of Social Security under sentence six of 42 U.S.C. § 405(g) is **DENIED**.

**IT IS FURTHER ORDERED** that the Comissioner's April 1, 2009, decision (A.R. 8-18) is **AFFIRMED**.


Dated: February 1, 2011                    /s/ Robert Holmes Bell
                                                                                      ROBERT HOLMES BELL
                                                                                      UNITED STATES DISTRICT JUDGE